# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, November 02, 2016**                                    **Hearing Room      302**

9:30 AM
6:16-18027    **Theresa Greaves**                                              **Chapter 7**

#2.00      Notice of motion and motion for relief from the automatic
           stay with supporting declarations REAL PROPERTY
           RE: 29638 Del Rey Road, Temecula, CA 92591

                              Docket     12

**Matter Notes:**

     **GRANTED:** ___✓_____     **DENIED:** _____

          **APO:**      _____

     **CONT'D. TO:**    _____

     **WITHDRAWN:**     _____

     **ORDER LODGED BY:** ___*Morgant*_____

**Tentative Ruling:**

     GRANT relief from the automatic stay under § 362(d)(2).

     GRANT waiver of FRBP 4001(a)(3) stay.

     DENY requested relief under item no. 12.

     APPEARANCES WAIVED. No opposition has been timely filed. If
     written or oral opposition is presented at the hearing, the hearing may be
     continued. Movant to lodge an order within 7 days.

| Party Information |
|---|

**Debtor(s):**

     Theresa  Greaves                    Represented By
                                          Barry R Gore